IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHEILA EDNEY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 06-5345 |
| | : | |
| **JO ANNE B. BARNHART,** | : | |
| **Commissioner of Social Security** | : | |

## ORDER

**AND NOW,** this 14th day of November, 2007, upon consideration of Plaintiff's Motion for Summary Judgment, or In the Alternative, Remand (Document No. 8), the Defendant Commissioner's Response to Plaintiff's Request for Review, and after review of the record and the Revised Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is **ORDERED** that:

1. The Revised Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's motion is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Revised Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

        /Timothy J. Savage
       TIMOTHY J. SAVAGE, J.